**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Mr. Mayorga-Arrecis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ0118 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| EDGAR MAYORGA-ARRECIS, | |
| Defendant. | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by VICTOR N. PIPPINS, that I am replacing SHAFFY MOEEL as counsel in this case.

                                                 Respectfully submitted,

Dated: January 18, 2008                 */s/ Victor N. Pippins*
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Defendant
                                               Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: January 18, 2008        /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org email