AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| EDGAR MAYORGA-ARRECIS, <br>    aka Edward Mayorea-Ramirez, <br>    aka Raul Mendoza-Gomez | CASE NUMBER: 08 CR 380-WQH <br> 08 MJ 0118 |

I, __EDGAR MAYORGA-ARRECIS__, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/14/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

_____
Defendant

_____
Counsel for Defendant

Before _____
      JUDICIAL OFFICER